

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-17-00474-CR

Michael Dean **RACHALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6452
Honorable Sarah Garrahan-Moulder, Judge Presiding

# O R D E R

A Trial Court's Certification of Defendant's Right of Appeal has been filed in each of these appeals in which the trial court judge certifies that each underlying criminal case "is a plea-bargain case, and the defendant has NO right of appeal." We, therefore, ORDER the trial court clerk to file a clerk's record for each appeal on or before **August 10, 2017**, which contains the following documents:

1.  All pre-trial orders and the related pre-trial motions;

2.  The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3.  The judgment;

4.  All post-judgment motions and orders;

5.  The notice of appeal;

6.  The Trial Court's Certification of Defendant's Right of Appeal; and

7.  The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk